State v. Hicks

STATE OF NORTH CAROLINA v. RONDA LEE HICKS

No. 7024SC359

(Filed 15 July 1970)

Criminal Law § 161— appeal as exception to judgment

> An appeal is an exception to the judgment and presents the face
> of the record proper for review.

DEFENDANT appeals from *McLean, J.,* 30 March 1970 Session
of WATAUGA Superior Court.

The defendant appeals from a judgment revoking probation
and activating sentences of imprisonment. On 19 January 1970
the defendant, represented by his court-appointed counsel, en-
tered pleas of guilty to two counts of forgery and two counts of
uttering forged checks. The pleas were accepted after due in-
quiry and findings as to the voluntariness of the pleas. The counts
for forgery were consolidated and judgment was entered im-
posing a sentence of two (2) years in the common jail of Watauga
County. The counts of uttering forged checks were also con-
solidated for judgment and a sentence of two (2) years was
imposed, sentence to commence at the expiration of the sentence
previously imposed. The execution of the sentences was suspended
for five years upon compliance with certain conditions.

After due notice, pursuant to G.S. 15-200.1, the cause came
on for hearing on 3 April 1970. It was found that defendant had
wilfully violated terms of his probation, to wit: Defendant
changed his place of residence to an unknown address without
securing the written consent of his probation officer in violation
of the condition that he "Remain within a specified area and
shall not change place of residence without the written consent
of the Probation Officer"; and defendant had failed and refused
to make any payment to the Clerk of the Superior Court of
Watauga County pursuant to the conditions of his probation. It
was ordered that each suspended sentence be revoked and that
the defendant be imprisoned. Defendant appealed.

*Attorney General Robert Morgan by Staff Attorney Dale
Shepherd for the State.*

*T. Michael Lassiter for defendant appellant.*

VAUGHN, J.

Counsel for this indigent defendant has not filed a brief in support of his appeal. In the record on appeal counsel includes a statement that he can find no error and asks that this Court review the record on appeal to determine whether errors appear therein. We have considered the appeal as an exception to the judgment and reviewed the record proper. *State v. Elliott*, 269 N.C. 683, 153 S.E. 2d 330. No prejudicial error appears therein.

Affirmed.

CAMPBELL and PARKER, JJ., concur.